AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

MONIQUE A. GUTIERREZ )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 6:23-cv-00650-PGB-RMN
)
DENEFITS, LLC )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DENEFITS, LLC
c/o REGISTERED AGENT
PETER NGUYEN
16500 BAKE PKWY
IRVINE, CA 92618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Franklin A. Jara
Sulaiman Law Group, LTD.
2500 South Highland Avenue Suite 200
Lombard, Illinois 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Shanida Dixon

Date: April 11, 2023                                   _____
                                                        *Signature of Clerk or Deputy Clerk*

SERVED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MONIQUE A. GUTIERREZ | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 6:23-cv-00650-PGB-RMN |
| DENEFITS, LLC | ) |
| _Defendant_ | ) |

## AFFIDAVIT OF SERVICE

I, James Stoner, being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on April 12, 2023 at 5:26 am. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon on Denefits, Inc in Orange County, CA on April 14, 2023 at 11:51 am at 16500 Bake Pkwy, Irvine, CA 92618 by leaving the following documents with Charlotte Roldan who as Office Manager is authorized by appointment or by law to receive service of process for Denefits, Inc.

Summons
Complaint

Additional Description:
CORPORATE SERVICE: I served and explained the contents to an employee of the defendant Corporation failing to comply with F.S. 48.091 in the absence of the registered agent or any superior officers pursuant to F.S. 48.081(3)(a)

I served the summons and all supporting documents to office manager, Charlotte Roldan, the person in charge. She accepted service.

White Female, est. age 55, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.6358074,-117.7419187

Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AFFIDAVIT OF SERVICE, AND THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

Executed in

Orange County

CA   on   4/19/2023

/s/ James Stoner

Signature
James Stoner
PSC6282
(949) 423-6915
2226 Private Rd, Newport Beach, CA 92660