UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONIQUE A. GUTIERREZ,

    Plaintiff,

v.    Case No. 6:23-cv-00650-PGB-RMN

DENEFITS, LLC,

    Defendant.

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DENEFITS, LLC

NOW comes Plaintiff, Monique A. Gutierrez by and the undersigned counsel, pursuant to Fed. R. Civ. P. 55(a) request the Clerk of Court to enter a default against Denefits, LLC ("Defendant") for failure to plead or otherwise defend and in support states as follows:

1. On April 10, 2023, Plaintiff filed a Complaint alleging that the Defendant violated the Credit Repair Organizations Act, and the Florida Deceptive and Unfair Trade Practices Act. [Dkt No. 1].

2. On April 14, 2023, Plaintiff served Defendant's office manager, Charlotte Roldan with a copy of the summons and complaint at the address registered

1

with the California Secretary of State at 16500 Bake Pkwy, Irvine, California 92618. [Dkt. No. 9].

3. To date, Defendant has not filed responsive pleading to Plaintiff's Complaint nor has it sought an extension from this Court to file such pleading.

WHEREFORE, Plaintiff respectfully requests that the Clerk of the Court enter a default against Denefits, LLC and for any other relief deemed appropriate and equitable.

Dated: May 8, 2023                                     Respectfully submitted,

                                                       /s/ Franklin A. Jara
                                                       Franklin A. Jara, Esq.
                                                       Florida Bar ID No. 636681
                                                       Sulaiman Law Group, Ltd.
                                                       2500 South Highland Avenue
                                                       Suite 200
                                                       Lombard, Illinois 60148
                                                       (312) 313-1613
                                                       fjara@sulaimanlaw.com
                                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on May 8, 2023, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DENEFITS, LLC, to be served by U.S. Certified mail, postage prepaid and email to:

Denefits, LLC
c/o Registered Agent
Peter Nguyen
16500 Bake Pkwy
Irvine, California 92618

*/s/ Franklin A. Jara*
Franklin A. Jara