UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONIQUE A. GUTIERREZ,**

    **Plaintiff,**

  v.                          Case No. 6:23-cv-00650-PGB-RMN

**DENEFITS, LLC,**

    **Defendant.**

## AFFIDAVIT FOR ENTRY OF DEFAULT

I, Franklin A. Jara, being duly sworn, states as follows:

1. I am the attorney for Plaintiff, Monique A. Gutierrez, in the above-captioned case.

2. On April 14, 2023, Plaintiff served the Summons and a copy of the Complaint filed in the above captioned matter upon Denefits' office manager, Charlotte Roldan. [Dkt No. 9].

3. A responsive pleading to the Complaint was due on May 1, 2023. No response was tendered within the time allowed by law, nor has the Defendant sought additional time within which to respond.

1

4. To date, Defendant has not filed any responsive pleading to Plaintiff's Complaint, nor has he sought an extension.

5. Defendant's deadline to file a responsive pleading to Plaintiff's Complaint has expired.

6. To the best of my knowledge, Defendant is not an infant, not in the military, and not an incompetent person.

*/s/ Franklin A. Jara*
Franklin A. Jara
*Counsel for Plaintiff*
