UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONIQUE A. GUTIERREZ,**

      **Plaintiff,**

  v.

**DENEFITS, LLC,**

      **Defendant.**

Case No. 6:23-cv-00650-PGB-RMN

_____

**ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff, MONIQUE A. GUTIERREZ, by and through the undersigned, having filed with this Court his Motion for Clerk's Entry of Default and the Court having reviewed same, hereby ORDERES:

1. An Entry of Default shall be entered against the Defendant, DENEFITS, LLC.

Dated: _____          _____
                                            Judge, U.S. District Court