AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MONIQUE A. GUTIERREZ )
)
)
)
*Plaintiff(s)* )
v. )  Civil Action No. 6:23-cv-00650-PGB-RMN
)
DENEFITS, LLC )
)
)
*Defendant(s)* )

**SERVED**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DENEFITS, LLC
c/o REGISTERED AGENT
PETER NGUYEN
16500 BAKE PKWY
IRVINE, CA  92618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Franklin A. Jara
Sulaiman Law Group, LTD.
2500 South Highland Avenue Suite 200
Lombard, Illinois 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Shanna Dixon

Date:   April 11, 2023

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **MONIQUE A. GUTIERREZ** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. 6:23-cv-00650-PGB-RMN |
| v. ) | |
| ) | |
| ) | |
| **DENEFITS, LLC** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Ronald Schwalbe, being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on November 29, 2023, at 11:10 am. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Denefits, LLC in Orange County, CA on December 6, 2023 at 11:54 am at 16500 Bake Pkwy, Irvine, CA 92618 by leaving the following documents with Peter Nguyen who as Registered Agent is authorized by appointment or by law to receive service of process for Denefits, LLC.

Summons
Complaint

Additional Description:
LIMITED LIABILITY COMPANY SERVICE: I served and explained the contents to the registered agent pursuant to F.S. 48.062 (1)

A female Hispanic met me at the door. I told her my business, and she summoned the subject to the door.

Asian Male, est. age 25-34, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.6354456985,-117.7421333449
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AFFIDAVIT OF SERVICE, AND THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

Executed in

Orange County

CA  on  12/12/2023

/s/ Ronald Schwalbe

Signature
Ronald Schwalbe
PSC-4077
+1 (714) 717-8917
4533 MacArthur Blvd., A173, Newport Beach, CA