# Payment Plan Contract

**Powered by Denefits**

Contract Code : **MNTMAQN58934**

Contract Status: **Overdue**

---

**BILL TO**

**Miss. Monique Thompson**

Email : chicana309@gmail.com

Phone : +1-689-248-8616

Date of Birth : 06-10-1981

SSN : * * * * *4849

DL Number : T51254181710

Address : 200 Saint Andrews Blvd #2306, Winter Park, Florida, 32792

**PAY TO**

Business Name : Quick Flip Credit LLC

Email : jeffdveloz@yahoo.com

Phone : +1-862-212-0917

---

| Next Payment Date | Recurring Amount |
|---|---|
| 04-14-2022 | $235.76<br>$228.89 + 3.00% |

Note: All the payments will be displayed as DENEFITS* Quick Flip C on your Bank/Card statement.

## Payment Plan Details

| Est. Service Cost | Est. Payment Plan Amount | Down Payment | Interest Rate | Total Number Of Payments |
|---|---|---|---|---|
| $2,800.00 | $2,800.00 | $0.00 | 22% F | 12 |
| Customer Pay Off Amount | Total Balance | Enrollment Date | Recurring Starting Date | Remaining Payments |
| $2,086.05 | $2,086.05 | 11-06-2021 | 12-06-2021 | 8 |

F: Fixed Interest, C: Compound Interest

Contract made in Office on **11-06-2021 at 04:46 PM**

IP: **100.1.132.55**

*Customer Signature*

Quick Flip Credit LLC   ||   +1-862-212-0917   ||   jeffdveloz@yahoo.com

# Payment Plan Contract

Powered by Denefits

Contract Code :**MNTMAQN58934**
Contract Status:**Overdue**

## Service Cost Details

| S. No. | Service | Price |
|---|---|---|
| 1 | qfc credit repair | $2,800.00 |

## Payment Details

| Transaction Date | Status | Payment Type | Transaction Amount |
|---|---|---|---|
| 11-06-2021 | Refunded | Card Authorization | $1.00 |
| 11-06-2021 | Paid | Denefits Fee + Upfront Payment | $300.65 |
| 12-06-2021 | Paid | First Recurring Payment | $270.65 |
| 12-29-2021 | Paid | Recurring Date Edited | $19.36 |
| 01-14-2022 | Paid | Recurring Payment | $270.65 |
| 02-14-2022 | Paid | Recurring Payment | $270.65 |
| 03-12-2022 | Paid | Recurring Payment | $270.65 |
| 04-21-2022 | Paid | Partial Payment | $279.13 |

**Note: All the payments will be displayed as DENEFITS* Quick Flip C on your Bank/Card statement.**

Contract made in Office on **11-06-2021 at 04:46 PM**
IP:**100.1.132.55**

*Customer Signature*

Quick Flip Credit LLC  ||   +1-862-212-0917   ||   jeffdveloz@yahoo.com

## Need help with

- **Change/modify your payment date**

- **Pay next recurring payment**

- **Add or change your payment source**

- **Payoff the amount of your running contract**

- **Partial payment**

- **Report a problem ?**
  Email at support@denefits.com or report a problem via Denefits App

## Denefits Customer App is the One-Stop Solution for all your payment plan-related issues.

Scan to download the app and let Denefits resolve all your queries in just a few clicks.



### Scan to Download App


GET IN ON
Google play


Download on the
App Store

www.denefits.com

Contract made in Office on **11-06-2021 at 04:46 PM**
IP: **100.1.132.55**

Customer Signature

Quick Flip Credit LLC   ||   +1-862-212-0917   ||   jeffdveloz@yahoo.com

Powered by Denefits

# TILA DISCLOSURE STATEMENT
## INSTALLMENT PAYMENT PLAN CONTRACT

| | |
|---|---|
| **Date of Agreement:** 11-06-2021 | **Contract Number:** MNTMAQN58934 |
| **Business:** Quick Flip Credit LLC<br>**Street Address:** 4 Cumberland CT<br>**City, State:** Somerset, New Jersey, 08873<br>**Contact Email:** jeffdveloz@yahoo.com | **Name of customer:** Miss. Monique Thompson<br>**Street Address:** 200 Saint Andrews Blvd #2306<br>**City, State:** Winter Park Florida 32792<br>**Telephone Number:** (689) 248-8616<br>**Email:** chicana309@gmail.com |

**Servicer:** Denefits LLC
**Street Address:** 16500 Bake Pkwy
**City, State:** Irvine, CA 92618
**Contact Email:** support@denefits.com

| Annual Percentage Rate | Finance Charge | Amount Financed | Total of Payments<br>The amount you will have paid after making all scheduled payments. | Down Payment<br>The Amount you will pay at contract creation. |
|---|---|---|---|---|
| 22% F | $209.45 | $2,800.00 | $3009.45 | $0.00 |

**Your payment schedule will be:**

| Number of Payments | Monthly Payment | When Payments Are Due |
|---|---|---|
| 12 | $235.76 | 14th of each month |

**Late Charge:** If a payment is one or more days past due, a fee of $25 will be imposed for each late payment.

**Prepayment:**
If you pay off the balance of your contract early, you will not be subject to a prepayment penalty. You will only be charged interest that has accrued up to the date of the prepayment.

**F:** Fixed Interest  **C:** Compound Interest

**Your contract at a glance:**

| | |
|---|---|
| $2,800.00 | Service Amount |
| $0.00 | Down Payment Amount |
| $2,800.00 | Principal Amount |
| $209.45 | Total Interest |
| $262.77 | Upfront Payment |
| 3.00% | Fee Per Transaction |
| $30 | Enrollment Fee |

**THIS IS AN INSTALLMENT PAYMENT PLAN CONTRACT. THIS IS NOT A LOAN.**

**IT IS YOUR RESPONSIBILITY TO REVIEW THE TERMS AND CONDITIONS OF THIS CONTRACT BEFORE SIGNING. YOU ARE ENTITLED TO A COPY OF THE SIGNED CONTRACT.**

### Service Cost Breakdown

| Service | Price |
|---|---|
| qfc credit repair | $2,800.00 |

Contract made in Office on **11-06-2021 at 04:46 PM**
IP: **100.1.132.55**

*Customer Signature*



## CREDIT CHECK

Denefits will not conduct a credit check as a part of this agreement. However, your service provider may check your credit before allowing you to apply for an Account.

## CREDIT REPORTING

Your payment activities may be reported to the credit bureaus. If your payment is 30 days past due, it may be reported as delinquent to the credit bureaus. The Business shall appear as the Original Creditor on your credit report.

## PAYMENTS AND FEES

**Upfront Payment:** An Upfront Payment shall be required to create the contract, as specified on Page 1 of TILA Disclosure. In the event that the contract service amount is increased, the upfront payment may be adjusted accordingly. The upfront payment is non-refundable after three (3) business days from the date of the contract.

**Enrollment Fee:** Upon the creation of the contract, you shall be charged a one-time non-refundable Enrollment Fee as specified on Page 1 of TILA Disclosure.

**Transaction Fee:** The customer shall be charged a transaction fee on each payment, as specified on Page 1 of TILA Disclosure.

**Payment Due Date Change Fee:** You may change your monthly due date to a later date if your account is current and your first payment has been made. All Terms and Conditions of your contract remain in effect until your account has been paid in full. For your protection, we may confirm your identity as part of the due date change process. Payment Due Date Change may be done for a maximum of 15 days and up to 5 times during the contract lifespan, subject to the terms provided in the Customer's service agreement with the Business. You shall be responsible for paying this fee, as specified in Schedule A. There is no fee for changing the due date to an earlier date.

## PAYMENT STRUCTURE

**Interest Rate:** Customers expressly agree to the interest rate as specified on Page 1 of TILA Disclosure.

**Statement Descriptor:** All payments shall appear as **DENEFITS\* Quick Flip C** on the customer's Bank/Card statement.

### RATES, FEES AND PAYMENT INFORMATION

| How Interest Is Calculated | |
|---|---|
| Your Interest Rate | Your interest rate is calculated according to the amount financed and the duration of the contract. |
| When We Charge Interest | We charge interest from the date you sign up for the payment plan. |

Contract made in Office on **11-06-2021 at 04:46 PM**
IP: **100.1.132.55**

*Customer Signature*

Quick Flip Credit LLC   ||   +1-862-212-0917   ||   jeffdveloz@yahoo.com



| How We Calculate Interest | We calculate the interest charge on your contract at the time of creation. We do this by applying compound interest on the finance amount. Whatever interest is calculated of the contract term it is equally distributed over recurring payment every month. So principal and interest paid remains the same every month. A portion of the interest is taken by Denefits as an upfront payment. If the term of contract is less than 13 months then fixed interest is applicable. If the term of contract is more than or equal to 13 months, compound interest is applicable. Note: Fixed interest is calculated on the finance amount only. In case social or partial payment is received, it goes to the recurring amount. We divide the payment made by remaining terms or remaining payments and hence reducing the recurring amount. |
|---|---|

## CONSENT TO ELECTRONIC COMMUNICATIONS

By applying for an Account, you hereby consent to receive electronic communications, including e-mail, text messages, and push notifications, about your Account. Your successful consent through the online or mobile app demonstrates that you are able to access the information posted on such online or mobile app.

### Categories of Communications

You consent to receive all communications related to your Account in electronic form, including but not limited to, (i) the initial disclosure statement or agreement governing your Account, (ii) any disclosure required by federal, state, or local law, including those under the Truth in Lending Act, Fair Credit Reporting Act, Equal Credit Opportunity Act, and the financial privacy provisions of the Gramm-Leach-Bliley Act, (iii) billing statements, if you have signed up for electronic statements, letters, notices or alerts regarding your Account and any changes to your Account, (iv) other disclosures, notices or communications in connection with the application for, opening of, maintenance of or collection of your Account. These electronic communications may include your name and some information about your Account, including your balance or the due date; however, we will never include your social security number. Electronic communications may be reviewed by any party with access to your Account, the e-mail address you have provided to us for delivering these communications, or the hardware or software you use to view your Account information or your e-mail address.

### How to Withdraw Your Consent

You may not apply online for an Account or register your Account for online services unless you provide consent to receive electronic communications. If you have registered for online services and wish to withdraw your consent to receive future electronic communications, you must unenroll from each service you have elected to receive to completely withdraw your consent.

We will not impose any fee to process the withdrawal of your consent to electronic communications. However, you will not be able to receive your billing statements electronically if you do not consent to receive electronic communications or withdraw your consent. Any withdrawal of your consent to electronic communications will be effective only after we have a reasonable period of time to process your withdrawal request.

### How to Update Your Records

You agree to promptly update your e-mail address, telephone number and address if a change occurs by updating your information through the website listed on your billing statement or by calling customer service.

### Communications in Writing

All communications in either electronic or paper format from us to you shall be considered "in writing." It is your responsibility to print or download a copy of this consent, the Account agreement, the debt cancellation agreement (if elected), and any other electronic communication that is important to you for your records.

Contract made in Office on **11-06-2021 at 04:46 PM**
IP:**100.1.132.55**



Customer Signature

Quick Flip Credit LLC  ||  +1-862-212-0917  ||  jeffdveloz@yahoo.com



### Electronic Signatures

You acknowledge that by clicking on the "Submit" or similar button, you are indicating your intent to sign up for electronic communications and that this shall constitute your signature.

### Federal Law

You acknowledge and agree that your consent is being provided in connection with a transaction affecting interstate commerce that is subject to the federal Electronic Signatures in Global and National Commerce Act, and that you and we both intend that the Act apply to the fullest extent possible to validate our ability to conduct business and communicate with you by electronic means.

By agreeing to this document, you acknowledge that you have read and understand the terms of this Agreement, and that you intend to be legally bound by them.

## NOTICE OF YOUR FINANCIAL PRIVACY RIGHTS

**RESTRICTION OF NON-PUBLIC INFORMATION ACCESS**

We hereby inform you that access to your non-public personal information is restricted to our employees who require such information to provide you with our products or services. We maintain the physical, electronic, and procedural safeguards as required by our regulators to ensure the security of your personal information.

**INFORMATION TO NON-AFFILIATED THIRD PARTIES**

In line with our commitment to maintaining the confidentiality of your personal information, we hereby affirm that we shall not disclose your non-public personal information to non-affiliated third parties except where required by law.

## STANDARD PROVISIONS

**Parties:** This Agreement (the "Agreement") is entered into between a Business ("Business") and You, a person seeking to obtain services from the Business ("Customer" or "You").

**Business:** The term "Business" is defined as the person, entity, or company providing services to the customer who has enrolled in a Monthly Payment Plan with Denefits.

**Installment Payment Plan:** Denefits provides an Installment Payment Plan to simplify and make the payment process convenient for you. In the event that you are experiencing any financial hardship, the first step is to reach out to Denefits to see how we can assist you.

**Installment Payment Plan Terms:** The payment terms that will apply to this contract will be specifically enumerated and agreed to by you in the form you fill out when you agree to obtain an Installment Payment Plan from Business.

### HOW TO USE YOUR ACCOUNT

**Usage Of Account:** The account provided to you by Denefits shall only be used for lawful purposes and in accordance with this Agreement.

**Payment Obligations:** You shall be responsible for paying all amounts owed under this Agreement. By using the Services, you promise to pay for all charges incurred under this Agreement.

**Account Responsibility:** You shall not permit any other person to use your account. Any charges resulting from the use of your account by a third party shall be your sole responsibility to pay.

Contract made in Office on **11-06-2021 at 04:46 PM**
IP: **100.1.132.55**

Customer Signature

Quick Flip Credit LLC   ||   +1-862-212-0917   ||   jeffdveloz@yahoo.com


Powered by denefits

## BILLING INFORMATION

**Billing Partners:** When making a payment through our platform, your payment card information is collected and stored by our payment processing partner. Our partner collects your payment card information necessary to process your payment. Such partner's use and storage of information is governed by its applicable terms of service and privacy policy. We store only the necessary payment card information, such as the card type and last four digits.

**Transaction Fee:** A transaction fee shall be applied to all Customer payments, as specified in Schedule A.

**ACH Verification:** Our Auth product shall authenticate your accounts for ACH, eliminating the need for you to enter account and routing numbers or deal with micro-deposits. The system authenticates accounts using online banking credentials, making it possible to begin transferring money immediately. Both consumer and business bank accounts are supported.

**ACH Payments:** ACH payments may take up to seven (7) business days to clear

**ACH Fees:** It is your responsibility to ensure that the funds are available at the time of processing. If your payment fails, you shall be responsible for the late fee. If your ACH fails, Denefits reserves the right to charge the backup payment method on file with both payment and late fees.

**Payment Options:** You can make payments by mail, online, or over the phone. Payments must be made in U.S. dollars using physical (check or money order) or electronic payment methods, including Apple Pay and Google Pay.

**Payment Allocation:** We reserve the right to apply the required total minimum payment to balances on your account using any method we choose. Any payment made in excess of the required total minimum payment shall be applied to higher APR balances before lower APR balances. Applicable law may require or permit us to apply excess payments in a different manner in certain situations, such as when your account is under a special promotion.

**Payment Billing:** Denefits is an installment payment plan servicer that collects payments and manages contracts on behalf of the Business. We shall attempt to communicate with you regarding your account by phone, text, letter, and/or email.

**Disputes:** If a dispute arises between you and either Business or Denefits, it is your responsibility to call immediately to avoid late fees. You can request a callback from the Denefits website or send us correspondence about a disputed amount or payment. Such correspondence may be e-mailed to billing@denefits.com. Acceptance of a payment marked "Payment In Full" or given with any other conditions or limitations shall not constitute a waiver of any of our rights under this Agreement.

## RECOVERY

**Overdue Accounts:** In the event you miss a payment or your account is in an overdue state, Denefits shall have the automatic right to deduct the outstanding amount from your bank account as soon as funds are available. Denefits retains the right to sell or assign all overdue Customer account receivables to a third party at any time.

**Delinquent Accounts:** Denefits shall exercise its discretion to continue servicing past-due contracts on behalf of the Business from the customer accounts that have been sent to the billing department.

**Attorney's Fees:** If you fail to make a payment within 60 days of the due date, you shall be responsible for all reasonable attorney's and court fees required to collect all outstanding amounts.

Contract made in Office on **11-06-2021 at 04:46 PM**
IP: **100.1.132.55**

Customer Signature

Quick Flip Credit LLC   ||   +1-862-212-0917   ||   jeffdveloz@yahoo.com



**Arbitration:** Any dispute, claim, or controversy arising out of or relating to this Agreement or any breach thereof, including any claim that this Agreement or any of its parts is invalid, illegal, voidable, or void, shall be resolved through arbitration administered by the American Arbitration Association (or any like organization successor thereto) in Orange County, California, in accordance with the American Arbitration Association's Commercial Arbitration Rules. The arbitrability of any such dispute, claim, or controversy shall be determined in such arbitration. Both parties agree and consent to such venue and waive any objection thereto. Such arbitration proceedings shall be conducted in an expedited manner in accordance with the commercial arbitration rules of the American Arbitration Association. The parties agree that the results, determinations, findings, judgments, and/or awards rendered through any such arbitration shall be final and binding and may be specifically enforced by legal proceedings. Regardless of which state laws govern this Agreement, all issues concerning arbitrability or the enforcement of the agreement to arbitrate herein shall be governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.) and the federal common law of arbitration.

**Class Waiver:** Each party agrees that any dispute arising out of or in connection with this Agreement, whether in arbitration or court, shall be conducted solely on an individual basis and not in a class, consolidated, or representative action, to the fullest extent permitted by law. In the event that a claim or dispute proceeds in court rather than through arbitration, each party waives any right to trial by jury in any action, proceeding, or counterclaim arising out of or related to this Agreement or any of the transactions between the parties.

## PERSONAL DATA WE COLLECT

**Notice to California consumers:** This notice provides additional details regarding the personal information that Denefits collects about California residents and the rights afforded to them under the California Consumer Privacy Act ("CCPA").

**Collection, Use, and Disclosure of Personal Information:** Denefits may collect personal information from consumers over the past twelve (12) months, including the categories of sources from which that information was obtained. Denefits collects this information for the purposes described in the How We Use Personal Data section and shares it as described in the How We Disclose Personal Data section. Denefits may use cookies, including advertising cookies, as described in our Cookies Policy.

**Your CCPA Rights and Choices:** As a California consumer and subject to certain limitations under the CCPA, you have choices regarding our use and disclosure of your personal information:

**Exercising Your Right To Know:** You may request, up to two (2) times in a 12-month period, the following information about the personal information we have collected about you during the past 12 months:

- the categories and specific pieces of personal information we have collected about you;
- the categories of sources from which we collected the personal information;
- the business or commercial purpose for which we collected the personal information;
- the categories of third parties with whom we shared the personal information; and
- the categories of personal information about you that we disclosed for a business purpose.

**Exercising Your Right To Delete:** You may request that we delete the personal information we have collected from you, subject to certain limitations under applicable law.

**Exercising The Right To Opt Out From A Sale:** You may request to opt out of any "sale" of your personal information that may take place.

**Non-discrimination:** The CCPA provides that you may not be discriminated against for exercising these rights.

Contract made in Office on **11-06-2021 at 04:46 PM**
IP: **100.1.132.55**

Customer Signature

Quick Flip Credit LLC  ||  +1-862-212-0917  ||  jeffdveloz@yahoo.com

 Powered by Denefits

To submit a request to exercise any of the rights described above, you may contact Denefits at legal@denefits.com. We may need to verify your identity before responding to your request. Authentication based on a government-issued and valid identification document may be required. If you are a Customer of a Denefits User, please direct your requests directly to the Denefits User with whom you shared your personal information.

**Address and Phone Number Changes:** You represent and warrant that any phone number provided to Denefits belongs to you or that you are authorized to provide such phone number. You also agree to notify Denefits immediately of any changes to your address or phone number.

**Consent to Communications:** You consent to Denefits, as well as any other owner or servicer of your account, contacting you through any channel of communication and for any purpose permitted by applicable law. For informational, servicing, fraud, or collection-related communications, you agree that Denefits may use the phone numbers provided to them to contact your cellular phone or wireless device with text messages, artificial or prerecorded voice calls, and calls made by an automatic telephone dialing system. Text frequency may vary and may be recurring. You are responsible for any charges that may be billed to them by their communications carrier when contacted by Denefits. Message and data rates may vary. Denefits and any carrier are not liable for delayed or undelivered messages. Denefits assures that all communications shall be in compliance with The Fair Debt Collection Practices Act (FDCPA).

**Telephone Monitoring:** You consent that all telephone conversations between you and Denefits may be monitored and recorded for record-keeping, training, and quality assurance purposes, regardless of whether you reside in a one-party or two-party consent state.

## CUSTOMER ACCOUNT OWNERSHIP AND CANCELLATION POLICY

**Cancellation:** The Business has the sole authority to cancel the payment plan contract. Upon enrollment, the Customer shall be solely responsible for making all payments as per the other provisions of this Agreement.

**Refunds:** No refunds will be provided once a Customer has enrolled in an installment payment plan contract. Any decision to refund money shall be solely made by the Business as per the mutually agreed terms.

**Right to Rescind:** The customer has until midnight of the third business day to rescind the payment plan. To exercise the right to rescind, the customer shall notify the Business of the rescission by mail, email, or any other written means of communication. The Upfront Payment shall only be refunded within the three-day rescission time period.

**Refunds and Reversals:** All refunds and reversals issued on behalf of the Business shall take up to 30 business days, depending upon the bank. Some refunds, particularly those issued shortly after the original charge, may appear in the form of a reversal instead of a refund. In the case of a reversal, the original charge shall be removed from the customer's statement, and a separate credit shall not be issued. No fees shall be charged to refund a charge, but the transaction fees from the original charge shall be non-refundable.

## BANKRUPTCY

**Notice of Bankruptcy:** If a customer files for bankruptcy, the customer shall notify Denefits immediately, along with a copy of the bankruptcy documentation as proof. This claim shall effectively terminate all payment plans with Denefits, and all payments to the Business for services received shall immediately cease. Furthermore, the customer will no longer be contacted by Denefits. The Court notice and bankruptcy documentation shall be mailed to:

>Denefits, LLC
>Attn: Legal Department
>16500 Bake Pkwy,
>Irvine, CA 92618

Contract made in Office on **11-06-2021 at 04:46 PM**
IP: **100.1.132.55**

Customer Signature



An electronic copy may also be sent to legal@Denefits.com. A phone call shall not satisfy this requirement.

**Discharge:** In the event a customer's bankruptcy is discharged, Denefits shall cancel the contract. However, a Chapter 7 bankruptcy may remain on your credit report for 10 years from the date of filing. A Chapter 13 bankruptcy, may remain on your credit report for 7 (seven) years from the date of filing.

**Dismissal:** If the bankruptcy is dismissed for any reason, Denefits reserves the right to resume collection efforts against the customer.

## IN THE EVENT OF A DEATH

**Death of Customer:** In the event of a death, the executor or personal representative for the Customer shall provide written notice to Denefits of the death within 90 days.

**Collection of Outstanding Balance:** Denefits may collect the remaining balance of the payment plan contract from the deceased Customer's estate. Denefits shall never collect more than the amount owed to Denefits.

**Notice and Documentation:** The notice and copy of the death certificate shall be mailed to:

> Denefits, LLC
> Attn: Legal Department
> 16500 Bake Pkwy,
> Irvine, CA 92618

An electronic copy may also be sent to legal@Denefits.com.

## ADDITIONAL PROVISIONS

**Means of Communication:** The user ("Customer") acknowledges and consents to receiving communications from Denefits, LLC ("Denefits") via phone, text, letter, and/or email when they create a payment plan contract. To stop receiving communication from Denefits, the Customer must submit a written request directly to Denefits. Once the request is received, Denefits will remove the Customer from its call list and only send correspondence regarding the outstanding debt via US Mail. The Customer must send the notification to:

> Denefits, LLC
> Attn: Legal Department
> 16500 Bake Pkwy,
> Irvine, CA 92618

The Customer may also email legal@Denefits.com.

**Automation** The Denefits software provides automated notifications directly to the Customer via email and text message. These automated messages will include the reason for the notification and a direct link to the Customer's account. The Customer agrees to receive these messages during the enrollment process but has the opportunity to opt-out at their convenience.

**Assignability:** Denefits reserves the right to assign the customer's account to another party at any time. The Customer's responsibilities are non-transferable and non-assignable without written consent from the Business.

**Enforceability and Severability:** Should any one or more provisions of this Agreement be determined to be unenforceable as to one or more of the parties hereto, all other provisions nevertheless shall remain effective and binding upon the parties hereto.

Contract made in Office on **11-06-2021 at 04:46 PM**
IP: **100.1.132.55**

Customer Signature

Quick Flip Credit LLC  ||  +1-862-212-0917  ||  jeffdveloz@yahoo.com



**Governing Law:** This Agreement and any matters hereunder shall be governed by and construed in accordance with the laws of the State of California, excluding its conflict of law rules. The Customer hereby consents to the exclusive jurisdiction of Orange County and the venue of the courts of the State of California with respect to the resolution of any suit, action, or proceeding hereunder.

**No Waiver:** The failure or delay in exercising any right or remedy provided by this Agreement or by law shall not constitute a waiver of the right or remedy or a waiver of other rights or remedies. The single or partial exercise of any right or remedy provided by this Agreement or by law shall not preclude or restrict the further exercise of any such right or remedy.

**Execution:** Upon the signature of the Customer below, this agreement shall become binding and enforceable by both parties.

## CHANGES TO TERMS OF USE

These Terms of Use shall remain in full force and effect while you use the Site and Mobile Apps. We reserve the right to change, modify, or update These Terms of Use and the other documents that are part of the Agreement at any time, as we reasonably deem appropriate.

## SCHEDULE A

Enrollment Fee: To be determined by the Business, a minimum of $30

Late Fee: $25 per instance

Cancellation Fee: $45.00

Payment Due Date Change Fee: This is calculated at the time of the request based on the recurring payment amount and the length of the extension requested. There is a minimum fee of $10.00.

Transaction Fee: $3.00 OR 3% whichever is higher. An additional $1.00 OR 1% (whichever is higher) will be charged as an overseas platform fee if you use a non-US debit/credit card.

Quick Flip Credit LLC
**Business**

*Each party agrees that the electronic signatures, whether digital or encrypted, of the parties included in this Agreement, are intended to authenticate this writing and to have the same force and effect as manual signatures.*

*I hereby certify that I have reviewed this disclosure along with the documents provided, and agree to the terms and conditions stated herein*



11-06-2021 at 04:46 PM

100.1.132.55  US (America/New_York)

This is system generated statement. If you have any queries, you can reach us anytime at support@denefits.com.