UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MONIQUE A. GUTIERREZ,

    Plaintiff,

v.

DENEFITS, LLC,

    Defendant.
_____/

Case No. 6:23-cv-00650-PGB-RMN

**AFFIDAVIT OF ALEXANDER J. TAYLOR**

STATE OF ILLINOIS

COUNTY OF DUPAGE

1. I have personal knowledge of the facts below. I am an attorney with Sulaiman Law Group, Ltd. We represent Monique A. Gutierrez in the above captioned matter.

2. On December 6, 2023, a process server named Ronald Schwalbe served Defendant's Registered Agent, Peter Nguyen, with a copy of the summons and complaint.

3. Defendant's time to answer, plead or otherwise defend the allegations contained in the Plaintiff's complaint has elapsed.

4. Defendant has not sought an extension from the Court to extend its deadline to answer, plead or otherwise defend the allegations contained in contained in Plaintiff's complaint.

5. Defendant is not an infant, is not in the military and is not an incompetent person.

_____
Alexander J. Taylor
Counsel for Plaintiff