# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MONIQUE A. GUTIERREZ,

    Plaintiff,

v.

DENEFITS, LLC,

    Defendant.

_____/

Case No. 6:23-cv-00650-PGB-RMN

## **PROPOSED ORDER**

The records reflect that service of the complaint has been made upon the Defendant, Denefits, LLC. It appears from the record that service of the complaint has been made on December 6, 2023, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against Defendant, Denefits, LLC.

_____
Clerk of the Court