# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MONIQUE A. GUTIERREZ,**

      **Plaintiff,**

**v.**                                            **Case No: 6:23-cv-650-PGB-RMN**

**DENEFITS, LLC,**

      **Defendant.**

___

## **ORDER**

This case is before the Court upon periodic review. The Complaint in this action was filed April 10, 2023 (Doc. 1), and it appears service was ultimately executed on Defendant on or about December 6, 2023 (Doc. 16).

Over a year has passed since Plaintiff initiated the instant action, and Defendant has failed to respond to the Complaint. Accordingly, Plaintiff attempted to move for clerk's default various times, but the Court denied each request for failure to comply with all applicable rules and law. (*See* Docs. 10, 11, 21, 22, 23, 24). Following Plaintiff's second unsuccessful attempt to move for clerk's default (Docs. 21, 22), the Court ordered that "[a]ny amended or renewed motions for default shall be filed on or before **January 11, 2024**." (Doc. 22 (emphasis added)). The Court further noted that "Plaintiff's future filings shall comply with the requirements of the Local Rules." (Doc. 22).

Simply put, the aforementioned deadline has long passed, and Plaintiff has yet to file a motion for clerk's entry of default—that complies with all applicable

rules and law—pursuant to Federal Rule of Civil Procedure 55(a) within the time provided in Local Rule 1.10(b), or as further extended by the Court.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida, this 14th day of June 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any Unrepresented Party